BRYANT v. WEYERHAEUSER CO.

No. 314P98

Case below: 130 N.C.App. 135

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

BURLESON v. CASE FARMS OF N.C., INC.

No. 371P98

Case below: 130 N.C.App. 340

Motion by defendant for discretionary review and related filings allowed 8 October 1998.

CARRIKER v. CARRIKER

No. 312PA98

Case below: 130 N.C.App. 149

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998.

CHARNS v. BROWN

No. 267P98

Case below: 129 N.C.App. 635

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

COSTELLO v. HOUSE OF RAEFORD

No. 265P98

Case below: 129 N.C.App. 646

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.